**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:21-cv-80796-AMC

ELVIN DOWLING and
PEOPLE FOR ELVIN DOWLING,

    Plaintiffs,

v.

RONALD DION DESANTIS, in his official
capacity as Governor of the State of Florida,

    Defendant.

_____/

**MOTION TO ACCEPT AS TIMELY FILED**

Plaintiffs Elvin Dowling and People for Elvin Dowling, through counsel, move this Court for an order accepting their Response in Opposition to the Motion to Dismiss (Doc. 17) as timely filed, and as good cause for the request state as follows:

Plaintiffs' responses to the Motion were due on Monday, June 28, 2021. Plaintiffs' efiling of their response was completed at 12:01 A.M. on June 29, two minutes beyond the deadline.

Plaintiffs request the Court accept their response as timely filed because the two-minute lateness was due to excusable neglect in setting aside sufficient time to complete the formatting of the response and the submission of it in the cm/ecf system before midnight on June 28.

Granting the requested relief will not prejudice the Defendant.

WHEREFORE, Plaintiffs, Elvin Dowling and People for Elvin Dowling, respectfully request this Court accept as timely filed their Response in Opposition to the Motion to Dismiss.

### Certification of Conference with Defendant

Plaintiffs did not communicate with counsel for Defendant Gov. DeSantis prior to filing this motion because Plaintiffs did not anticipate needing the relief, and because Plaintiffs chose to seek this relief immediately so the issue of timeliness could be resolved swiftly.

Respectfully submitted,

*__W. Craig Lawson__*
W. Craig Lawson (Fla Bar Number: 79103)
craig@craiglawsonlaw.com
The Law Office of W. Craig Lawson
3918 Via Poinciana, Suite 1
Lake Worth, FL 33467-2991
Telephone: (561) 660-7776
Attorney for Plaintiffs